United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Blue Ocean Partners LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Plaintiff Support Services** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2318626** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **c/o 5933 Main Street**  **Apartment 204**  **Williamsville, NY 14221**  Number, Street, City, State & ZIP Code  **Erie**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Blue Ocean Partners LLC**
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5239__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Blue Ocean Partners LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Blue Ocean Partners LLC**  Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Blue Ocean Partners LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 22, 2023**
MM / DD / YYYY

**X /s/ Joseph DiNardo**                                              **Joseph DiNardo**
Signature of authorized representative of debtor          Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X /s/ Daniel F. Brown**                                              Date **March 22, 2023**
Signature of attorney for debtor                                                MM / DD / YYYY

**Daniel F. Brown**
Printed name

**Andreozzi Bluestein LLP**
Firm name

**9145 Main Street**
**Clarence, NY 14031**
Number, Street, City, State & ZIP Code

Contact phone  **(716) 633-3200**         Email address

Bar number and State

# WRITTEN CONSENT OF

# THE MEMBERS OF

# BLUE OCEAN PARTNERS LLC

THE UNDERSIGNED, being all of the Members of Blue Ocean Partners LLC, a New York limited liability company (the "Company" or "Blue Ocean"), who would be entitled to notice of a meeting of the members of the Company for purposes of taking such action and adopting the resolutions set forth below, do hereby waive such notice, take the following actions and adopt the following resolutions by written consent, pursuant to Section 407 of the New York Limited Liability Company Law:

WHEREAS, as a result of business disputes and pending litigation, Blue Ocean currently lacks access to sufficient capital to enable it to either operate in the ordinary course of business or to defend itself against pending litigation; and

WHEREAS, it is believed that the filing of a Chapter 7 bankruptcy petition by Blue Ocean is in the best interests of both the creditors and members of Blue Ocean because it represents the best currently available opportunity to preserve for its creditors and members at least some portion of the value of the Funding Agreements and Opportunities which were originated by Blue Ocean.

NOW, THEREFORE, BE IT

RESOLVED, that the members of the Company hereby authorize the filing of a Chapter 7 bankruptcy petition by Blue Ocean in the United States Bankruptcy Court for the Western District of New York, pursuant to the United States Bankruptcy Code, 11 U.S.C. §101, *et seq.*; and it is

RESOLVED FURTHER, that Joseph D. DiNardo is hereby authorized to take all steps reasonable, necessary and prudent to assist and accomplish that goal.

IN WITNESS WHEREOF, the undersigned have executed this Consent, which may be signed in one or more counterparts, which taken together shall constitute one document, as of this ___ day of March, 2023.

| Agreed (Initial) | Date | |
|---|---|---|
| JD | 3/20/23 | _____<br>D & D Funding LLC, Member |
| JD | 3/22/23 | _____<br>Plaintiff Support Services, LLC, Member |
| | | _____<br>Myron Robbins, Member |

# United States Bankruptcy Court
## Western District of New York

In re  **Blue Ocean Partners LLC**
Debtor(s)

Case No.
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 22, 2023**

**/s/ Joseph DiNardo**
**Joseph DiNardo**/**Managing Member**
Signer/Title

Albert Pascuzzi
223 N. Bayshore Drive
Columbiana, OH 44408


Alexandra Panek
34 Ithica Street
Waverly, NY 14892


American Express
Post Office Box 981535
El Paso, TX 79998


Anastasi Trucking, Inc.
Attn: Gary Anastasi
4430 Walden Avenue
Lancaster, NY 14086


Arlene Lindow
81 Blossom Wood Lane
Cheektowaga, NY 14227


Blake Henderson
10145 Mueller Court
Niagara Falls, NY 14304


Candace Caprow
120 Fordham Drive
Buffalo, NY 14216


Candace Polowitz
f/b/o Matthew Polowitz
120 Fordham Drive
Buffalo, NY 14216


Cartiga
400 Park Avenue
New York, NY 10022


Cathy Bern
Post Office Box 1495
Aspen, CO 81612


Cheryl Slomka
247 A. Miller Street
Depew, NY 14043

Chester Wyche
34 Guy Lane
West Coxsackie, NY 12192

Christina Panek Rynone
f/b/o William Panek Rynone
1139 Walker Hill Road
Waverly, NY 14892

Christina Panek Rynone
1139 Walker Hill Road
Waverly, NY 14892

Christina Panek Rynone
f/b/o Thomas Panek Rynone
1139 Walker Hill Road
Waverly, NY 14892

Clifford B. Katzenelson
63 Pietro Drive
Yonkers, NY 10710-2009

Clifford Hyman
1103 Carriage Hill Road
Melbourne, FL 32940

Counsel Financial Services, LLC
6400 Main Street, Suite 100
Williamsville, NY 14221

CT Corporation System
Attn: GM
28 Liberty Street, 42nd Floor
New York, NY 10005

D&D Funding, LLC
1760 Hillmont
Nashville, TN 37215-2902

Dansa D'Arata & Soucia CPAs LLP
500 Pearl Street, Suite 810
Buffalo, NY 14202

Dean Chase
c/o Woods Oviatt Gilman LLP
Attn: Brian D. Gwitt, Esq.
1900 Main Place Tower
Buffalo, NY 14202


Diane Sarsfield
514 Daniels Street #406
Raleigh, NC 27605-1317


FedEx Corp. Revenue Services
3965 Airways, Module G
Memphis, TN 38116


Friedman, Kaplan, Seiler & Adelman, LLP
Attn: Geoffrey Cajigas, Esq.
7 Times Square
New York, NY 10036


Friedman, Kaplan, Seiler & Adelman, LLP
Attn: Eric Jonathan Seiler, Esq.
7 Times Square
New York, NY 10036


Gary R. Anastasi
4430 Walden Avenue
Lancaster, NY 14086


Gerald Rice
81 Blossom Wood Lane
Cheektowaga, NY 14227


Harvey Hirschfeld
612 Edge Creek Drive
Myrtle Beach, SC 29579


Hodgson Russ LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040


Horst & Maria Hermanski
9618 West Cottonwood Drive
Sun City, AZ 85373

i/n/o Residuary Trust u/w Richard Anasta
Attn: Joan Anastasi, Trustee
11298 Main Street
Clarence, NY 14031


Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346


Jasyn Polowitz
120 Fordham Drive
Buffalo, NY 14216


Jeff Bowers
612 Hawbrook
St. Louis, MO 63122


Jessica Hallick
Buffalo Ledgers LLC
8479 Sisson Highway
Eden, NY 14057


Joan Anastasi
11298 Main Street
Clarence, NY 14031


John Panek
34 Ithica Street
Waverly, NY 14892


Joseph DiNardo
5933 Main Street
Apartment 204
Williamsville, NY 14221


Joseph DiNardo 2005 Trust
5933 Main Street
Apartment 204
Williamsville, NY 14221


Joshua DiNardo
276 Parker Avenue
Buffalo, NY 14214

Kelly & Timothy Hacker
5848 Ainslee Lane
Lake View, NY 14085


Lincoln Archives, Inc.
155 Great Arrow Avenue
Buffalo, NY 14207


Louise English
7703 Mykolaitis Lane
Schenectady, NY 12303


Marisa Polowitz
120 Fordham Drive
Buffalo, NY 14216


Mark Wickenhiser
9730 Greiner Road
Clarence, NY 14031


Martin & Christine Frascella
224 West Shore Road
Cuba, NY 14727


Micronet Inc.
Post Office Box 51186
Salt Lake City, UT 84157


Mona A. Bachman
11293 Main Street
Clarence, NY 14031


Montague Partners VI LLC
26 Court Street
Brooklyn, NY 11242


Northwest Bank
100 Liberty Street
Post Office Box 786
Warren, PA 16365

NYS Department of Labor
Attn: Insolvency Unit
Harriman State Office Campus
Building 12, Room 256
Albany, NY 12240


NYS Department of Taxation & Finance
Bankruptcy Unit
Post Office Box 5300
Albany, NY 12205


Plaintiff Funding Holding, LLC
d/b/a LawCash
Attn: Patrick Preece
6 Commerce Drive
Cranford, NJ 07016


Plaintiff Investment Funding, LLC
c/o Jaffe, Raitt, Heuer & Weiss, P.C.
Attn: David Z. Adler, Esq.
27777 Franklin Road
Southfield, MI 48034


Plaintiff Support Funding, LLC
c/o Taylor English Duma LLP
Attn: Michael S. Melfi, Esq.
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339


Plaintiff Support Services, LLC
c/o 5933 Main Street
Apartment 204
Williamsville, NY 14221


Plaintiff Support Services, LLC
6400 Main Street, Suite 120
Williamsville, NY 14221


Richard & Kathy Hilliman
748 Columbus Parkway
Buffalo, NY 14213


Richard D. Anastasi
6219 Genesee St.
Lancaster, NY 14086

Ronald and Nancy McDermott
3393 Long Shadow Drive
Baldwinsville, NY 13027


Ronald Schuit
and Cora Ann Schuit Revocable Trust
759 Sawgrass Bridge Road
Venice, FL 34292


Rose Wickenhiser
8310 Clarnew Drive
East Amherst, NY 14051


Scott Gildea
711 Ashland Street
Houston, TX 77007


ShelterPoint Life Insurance Company
Post Office Box 9340
Garden City, NY 11530


Shirley Polowitz
52 Garett Street
609B Riverview Towers
Pittsburgh, PA 15217


Steven Polowitz
120 Fordham Drive
Buffalo, NY 14216


The DiNardo Law Firm 401K Profit Sharing
c/o 5933 Main Street
Apartment 204
Williamsville, NY 14221


The DiNardo Law Firm P.C. Profit Sharing
FBO Joseph DiNardo
c/o 5933 Main Street
Apartment 204
Williamsville, NY 14221


The DiNardo Law Firm, P.C.
c/o 5933 Main Street
Apartment 204
Williamsville, NY 14221

```
The Marie Paolini Trust
Attn: Joseph DiNardo, Trustee
5933 Main Street
Apartment 204
Williamsville, NY 14221


The Schimmel Revocable of 2013
5 Heritage Way
Exeter, NH 03833


Transworld Systems Inc.
Post Office Box 15520
Wilmington, DE 19850-5520


Valerian & Loretta Derenda
32 Girard Avenue
Cheektowaga, NY 14227


Vaughn & Marcia Becker
601 Columbia Avenue
Lancaster, NY 14086


Verizon
Attn:  Bankruptcy Department
500 Technology Drive, Suite 550
Saint Charles, MO 63304


Warren Fargo
341 South Center Street
Corry, PA 16407-1936


ZipWhip
300 Elliott Avenue W, Suite 500
Seattle, WA 98119


Zthernet LLC
1333 Corporate Drive, Suite 240
Irving, TX 75038
```

# United States Bankruptcy Court
## Western District of New York

In re  **Blue Ocean Partners LLC**  
               Debtor(s)

Case No. _____  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Blue Ocean Partners LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**D&D Funding, LLC**  
**1760 Hillmont**  
**Nashville, TN 37215-2902**

**Plaintiff Support Services, LLC**  
**c/o 5933 Main Street**  
**Apartment 204**  
**Williamsville, NY 14221**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 22, 2023** | **/s/ Daniel F. Brown** |
| Date | **Daniel F. Brown** |
| | Signature of Attorney or Litigant |
| | Counsel for **Blue Ocean Partners LLC** |
| | **Andreozzi Bluestein LLP** |
| | **9145 Main Street** |
| | **Clarence, NY 14031** |
| | **(716) 633-3200 Fax:(716) 633-0301** |